**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 24, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-60551
Summary Calendar

_____

LEON W. LAW,

                                        Plaintiff-Appellant,

versus

ROBERT JOHNSON, COMMISSIONER, MISSISSIPPI
DEPARTMENT OF CORRECTIONS; LAWRENCE KELLY,
Superintendent, CMCF; ROBERT CULPEPPER, Director
of Medical Services; DAVID CARLSON, Attending
Physician; AHMED ZEIN, Attending Physician,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:02-CV-411-BN
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Leon W. Law, Mississippi state prisoner # 088550, has filed

a motion for leave to proceed in forma pauperis ("IFP") on appeal

following the magistrate judge's entry of an Agreed Judgment and

the voluntary dismissal with prejudice of all remaining 42 U.S.C.

§ 1983 claims against the defendants.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

By moving for IFP status, Law is challenging the district court's certification that IFP status should not be granted on appeal because his appeal is not taken in good faith.  See Baugh v. Taylor, 117 F.3d 197, 202 (5th Cir. 1997).

Law has failed to show that his appeal from the Agreed Judgment was taken in good faith.  As the Agreed Judgment simply reflects the agreement of the parties, there was no ruling by he magistrate judge from which to appeal.  Nor has Law filed a timely notice of appeal from any of the magistrate judge's rulings as they pertain to Law's attempts to enforce the Agreed Judgment.  His request for IFP status is DENIED.  See Baugh, 117 F.3d at 202.  Furthermore, because the appeal is frivolous, it is DISMISSED.  See 5TH CIR. R. 42.2.

Law's motions for the production of documents and for the appointment of counsel are also DENIED.

MOTIONS DENIED; APPEAL DISMISSED.